

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BARRY MYRVOLD**<br>phone: (212) 788-9391<br>fax: (212) 788-9776<br>email: bmyrvold@law.nyc.gov |

July 24, 2009

**By ECF**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Mark Council v. The City of New York, et al.
              CV 09-2905 (BMC)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant The City of New York in this civil rights action.  I am writing to respectfully request a sixty-day enlargement of the City's time to answer or otherwise respond to the complaint from July 28, 2009 to September 28, 2009, and to adjourn the initial conference from August 20, 2009 at 10:30 AM to a date and time convenient to the Court after September 28, 2009.  Plaintiff's counsel, Robert Marinelli, consents to these requests.

        There are several reasons for seeking the enlargement in time to respond to the complaint. The complaint alleges claims sounding in false arrest and excessive force arising out of an April 14, 2009 incident in the vicinity of 5612 Farragut Road in Brooklyn.  Plaintiff also alleges that the charges were adjourned in contemplation of dismissal, and hence the records relating to this arrest and prosecution are sealed pursuant New York Criminal Procedure Law § 160.50.  Currently, this office is in the process of forwarding to plaintiff's counsel for execution a consent and authorization for the release of these sealed records.  The executed release is necessary for this office to obtain the Criminal Court, District Attorney and police department records pertaining to the plaintiff's alleged false arrest and excessive force claims.  This office is also in the process of forwarding to plaintiff's counsel for execution medical releases, which are necessary for our office to obtain the medical records pertaining to plaintiff's alleged physical injuries and treatment.

Judge Cogan
Council v. NYC, et al
7/28/2009
Page 2

      According to the docket sheet, the individually named defendant Abraham Badillo has not yet been served with the summons and complaint in this action and as of this date no request for representation has been received from him. Without appearing on his behalf, it is respectfully requested that if he is properly served, the Court *sua sponte* afford him the same extension in order to ensure that his defenses are not jeopardized while representation issues are being decided. This extension should allow time for this office to determine, pursuant to N.Y. General Municipal Law § 50-k and based on a review of the facts of the case, whether we may represent him. *See Mercurio v. The City of New York, et al.,* 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York, et al.,* 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

      I am requesting an adjournment of the initial conference from August 20, 2009 to a date convenient to the Court after September 28, 2009 because I will be on vacation during the week of August 17 through August 21, 2009. Also, such an adjournment should ensure that our office has sufficient time to conduct the necessary investigation so that we can more meaningfully participate in the Fed. R. Civ. P. 26(f) conference in advance of the initial conference.

      Accordingly, we respectfully request that the City's time to respond to the complaint be enlarged to September 28, 2009, and that the initial conference be adjourned to a date convenient to the Court after September 28, 2009. No previous request for an enlargement of time to respond to the complaint or to adjourn the initial conference have been made in this action.

      I thank the Court for its time and consideration of this request.

      Respectfully submitted,

      Barry Myrvold

cc:    Robert Marinelli                By ECF
       Law Office of Robert Marinelli
       *Attorney for Plaintiff*