**UNITED PROCESS SERVICE, INC.**

(212) 619-0728
FAX: (212) 619-2288

315 BROADWAY
THIRD FLOOR
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com
Web: www.unitedprocess.com

ROBERT MARINELLI, ESQ.
305 BROADWAY
14TH FLOOR
NEW YORK, NY 10007

Client Code 7988
(212) 822-1427

Index # 3529/09 (GLEES...)
Invoice # 492...
Date Received: 08/31/...
Date Purchased: 08/13
120 Day: 12/1...

CURTIS WARRE...

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

Plaintiff: ROBERT PEART

Defendant: THE CITY OF NEW YORK, ETAL

Copies

Recipient(s):
1) POLICE OFFICER MICHAEL LAMARIELLO   SUMMONS AND COMPLAINT

Location:
Business: C/O 70TH PCT.
154 LAWRENCE AVENUE
BROOKLYN, NY 11230-1103

SERVED Date: 9/15   Time: 1921   Serve Sec'y of State   Adv. Fee   Att. Sending

New Address:

Served on: P.O. Ramirez   Title/Relationship: Co-worker

Desc: Sex: M   Skin Color: W   Hair Color: Brn   Approx Age: 27   Height: 5'9"   Weight: ...

Remarks: SERVE BY 09/14/09   9/15

SUD

785-9776

**REASON FOR RETURN**

UNKNOWN   MOVED   NEED APARTMENT #
NO SUCH NUMBER   NO LONGER EMPLOYED
HELD AWAITING INSTRUCTIONS   OUT OF BUSINESS

**POSTAL SEARCH**

GOOD AS ADDRESSED   UNKNOWN AT ADDRESS GIVEN
MOVED, NO FWD ADD   FORWARDING ORDER EXPIRED

**MOTOR VEHICLE SEARCH**

D.O.B. VIN OR PLATE #
NO HIT   SAME ADDRESS   NEW ADDRESS

| CHARGE | CODE | CHARGE | CODE | CHARGE | CODE |
|---|---|---|---|---|---|
| CHARGE 31 | | CHARGE 3 | | CHARGE 1 | M |
| CHARGE | | CHARGE | | CHARGE | |
| CHARGE | | CHARGE | | CHARGE | |

Printed On:   *Tuesday, October 06, 2009*

*Page 1*

## Monthly Statement

**ROBERT MARINELLI, ESQ.**
**305 BROADWAY**
**14TH FLOOR**
**NEW YORK, NY 10007**

**Account #: 7988**

**United Process Service, Inc.**
315 Broadway, 3rd Floor
New York, NY 10007-1121
(212) 619-0728
Fax (212) 619-2288
E-Mail: info@unitedprocess.com
FEIN 13-3225909

| Description | | Charge | Open Amt. |
|---|---|---|---|

**Current Items:**

| 9/24/09 | Payment | | ON ACCOUNT | Check #: CC | ($32.00) | $0.00 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Invoice #:** | **492789** | | | | |
| Plaintiff: | TYRIN TORRES | | | | |
| Defendant: | THE CITY OF NEW YORK, ETAL | | | Basic Service Charge | $31.00 |
| Recipient: | POLICE OFFICER ORIN COX | | | Mailing Fees | $1.00 |
| Date of Service: | 9/15/09   SUMMONS AND COMPLAINT | | | | $32.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice #:** | **492790** | | | | |
| Plaintiff: | ROBERT PEART | | | | |
| Defendant: | THE CITY OF NEW YORK, ETAL | | | Basic Service Charge | $31.00 |
| Recipient: | POLICE OFFICER MICHAEL LAMARIELLO | | | Mailing Fees | $1.00 |
| Date of Service: | 9/15/09   SUMMONS AND COMPLAINT | | | | $32.00 |

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK              Attorney: ROBERT MARINELLI, ESQ.

Case 1:09-cv-02305-BMC Document 5 Filed 10/27/09 Page 3 of Page ID #:32

CHARLES COLLETTE, ETANO

                                                          Plaintiff(s)

                - against -

Index # 3813/09 (BLOCK)

THE CITY OF NEW YORK, ETAL

Purchased September 2, 2009

                                                        Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 8, 2009 at 11:25 AM at

C/O MILITARY & EXTENDED LEAVE UNIT
1 POLICE PLAZA, RM. 10008
NEW YORK, NY 10038

deponent served the within SUMMONS AND COMPLAINT on FRANK INGRAO (SHIELD NO. 31014) therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to MS. SANCHEZ a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 30 | 5'6 | 150 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O MILITARY & EXTENDED LEAVE UNIT
1 POLICE PLAZA, RM. 10008
NEW YORK, NY 10038

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 9, 2009 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 9, 2009

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **ANDERSON CHAN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 494348 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

NEKESHIA DUDLEY

              Plaintiff(s)

    - against -

Index # 3910/09 (GLEESON)

THE CITY OF NEW YORK, ETAL

Purchased September 10, 2009

              Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 16, 2009 at 10:42 AM at

C/O CENTRAL BOOKINGS
215 E. 161ST STREET
BRONX, NY 10451

deponent served the within SUMMONS AND COMPLAINT on CORY SMITH (SHIELD NO. 782) therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to SGT. O'GRADY a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK/BALDING | 43 | 5'7 | 200 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O CENTRAL BOOKINGS
215 E. 161ST STREET
BRONX, NY 10451

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 19, 2009 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 19, 2009

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | LUIS AGOSTINI |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1027732 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 494401 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK  Attorney: ROBERT RAMSAY ESQ.

TYRIN TORRES

Plaintiff(s)

- against -

THE CITY OF NEW YORK, ETAL

Defendant(s)

Index # 09 CIV 7030

Purchased August 7, 2009

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ROBERT RAMSAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 15, 2009 at 01:20 PM at

C/O 106TH PCT.
103-53 101ST STREET
OZONE PARK, NY 11417

deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER ORIN COX therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to P.A.A. SABER a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 45 | 5'6 | 180 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O 106TH PCT.
103-53 101ST STREET
OZONE PARK, NY 11417

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 17, 2009 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: September 17, 2009

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**ROBERT RAMSAY**
License #: 871312
Invoice #: 492789

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

ROBERT PEART

Plaintiff(s)

Index # 3529/09 (GLEESON)

- against -

Purchased August 13, 2009

THE CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CURTIS WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 15, 2009 at 07:21 PM at

C/O 70TH PCT.
154 LAWRENCE AVENUE
BROOKLYN, NY 11230-1103

deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER MICHAEL LAMARIELLO therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to P.O. POMPINO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 27 | 5'8 | 155 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O 70TH PCT.
154 LAWRENCE AVENUE
BROOKLYN, NY 11230-1103

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 18, 2009 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: September 18, 2009

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **CURTIS WARREN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 870667 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 492790 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

MARK COUNCIL

Plaintiff(s)

Index # 2905/09 (COGAN)

- against -

Purchased July 8, 2009

THE CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JAY MITCHELL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 4, 2009 at 04:26 PM at

C/O POLICE SERVICE AREA #1
2860 WEST 23RD STREET
BROOKLYN, NY 11224

deponent served the within SUMMONS AND COMPLAINT on ABRAHAM BADILLO (SHIELD NO. 13775) therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to MR. DESIERVI a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 27 | 5'8 | 180 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O POLICE SERVICE AREA #1
2860 WEST 23RD STREET
BROOKLYN, NY 11224

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 6, 2009 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 6, 2009

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | JAY MITCHELL |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1097069 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 490838 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728