

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | Barry K. Myrvold<br>*Special Federal Litigation*<br>(212) 788-9391<br>(212) 788-9776 (fax)<br>bmyrvold@law.nyc.gov |

December 11, 2009

**By ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Mark Council v. The City of New York, et al.</u>, CV 09-2905 (BMC)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant The City of New York in the above-referenced matter.

    I am writing to advise the Court that the captioned action has been settled in its entirety. The parties are in the process of completing formal settlement papers which will be forwarded to you for endorsement.  Thank you for your consideration herein.

                                        Respectfully submitted,

                                        Barry Myrvold
                                        Assistant Corporation Counsel

cc:    Robert Marinelli            By ECF
       *Attorney for Plaintiff*