

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Barry K. Myrvold**
Assistant Corporation Counsel
bmyrvold@law.nyc.gov
(212) 788-9391
fax (212) 788-9776

December 24, 2009

**BY ECF**
Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   Mark Council v. The City of New York, et al.
               CV 09-2905 (BMC)

Dear Judge Cogan:

      I am an Assistant Corporation Counsel with the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorneys for the defendant The City of New York in the captioned civil rights action. Further to the settlement of the captioned action, enclosed please find the Stipulation of Settlement and Order of Dismissal that has been signed on behalf of the parties for endorsement by the Court.

      Thank you for your consideration herein.

Respectfully submitted

Barry Myrvold

cc:   Robert Marinelli              By ECF
     *Attorney for Plaintiff*